12 Barclays Bank De
PO Box 1216
Chesapeake, VA 23327-1216


Aspire Servicing Center
PO Box 65970
West Des Moines, IA 50265-0970


Aspire Servicing Center
Attn: Bankruptcy
PO Box 659705
West Des Moines, IA 50265-0970


Cbusasears
PO Box 6217
Sioux Falls, SD 57117-6217


Cbusasears
Attn: Bnakruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Citibank/Sears
PO Box 6217
Sioux Falls, SD 57117-6217


Citibank/Sears
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Credit One Bank N.A.
6801 S Cimarron Rd
Las Vegas, NV 89113

CWS / CWNEXUS
101 CROSSWAYS PARK DR. W
WOODBURY, NY 11797


Cws/cw Nexus
101 Crossways Park Dr W
Woodbury, NY 11797-2020


DEPARTMENT OF THE TREASURY / INTERNAL RE
P.O. Box  931000
LOUISVILLE, KY 40293


Fortiva
PO Box 105555
Atlanta, GA 30348-5555


Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555


Goldman Sachs Bank USA
PO Box 6112
Philadelphia, PA 19115-6112


Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379


Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603-0497

Mercury/Fbt
PO Box 84064
Columbus, GA 31908-4064


Mercury/Fbt
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908-4064


MERRICK BANK
P.O. BOX 9201
OLD BETHPAGE, NY 11804


Midland Credit Management, Inc.
P.O. Box 939069
San Diego, CA 92193


Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243


Navient
PO Box 9500
Wilkes Barre, PA 18773-9500


Navient
Attn: Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773-9500


Redwood Credit Union
3033 Cleveland Ave
Santa Rosa, CA 95403-2126

```
Redwood Credit Union
Attnn: Bankruptcy
3033 Cleveland Ave
Ste 100
Santa Rosa, CA 95403-2126


Spring Oak Capital, LLC
P.O. Box 1216
Chesapeake, VA 23327


Spring Oaks Capital, LLC
Attn: Bankruptcy
PO Box 1216
Chesapeake, VA 23327-1216


Synchrony Bank
PO Box 71727
Philadelphia, PA 19176


Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060
```